**Order entered September 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00806-CR

### RONNIE HEATH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F14-53600-H**

## ORDER

We **GRANT** Official Court Reporter Crystal R. Jones's September 16, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/      LANA MYERS
       JUSTICE